# UNITED STATES BANKRUPTCY COURT
## FOR THE
### WESTERN DISTRICT OF KENTUCKY

**IN RE:ROBERT GENE HUMPHREY**                      **.CASE NO:14-32066**

## SCHEDULE OF ALLOWED CLAIMS

Debtor(s) by Counsel, state that the following claims have been duly proven and should be allowed as unsecured and paid in accordance with the Order of Confirmation:

DISCOVER BANK
DB SERVICING CORPORATION
POB 3025
NEW ALBANY, OHIO 43054-3025
#0890                                                                    $7,177.47

BB&T BANKRUPTCY SECTION
MAILCODE: 100-50-01-51
POB 1847
WILSON, NC 27894
#8829                                                                    $786.67

BB&T BANKRUPTCY SECTION
MAILCODE: 100-50-01-51
POB 1847
WILSON, NC 27894
#7785                                                                    $836.43

QUANTUM3 GROUP LLC
MOMA FUNDING LLC
POB 788
KIRKLAND, WA 98083-0788
#3853                                                                    $443.76

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA 23541
#2484                                                                    $1,109.95

GE CAPITAL RETAIL BANK                                    $8,015.22
C/O RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605
#8953

JAN C. MORRIS
125 S. 6TH Street #300
Louisville, Kentucky 40202-2782
(502) 587-7000