B15-02885

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 14-32066 |
| | ) | |
| | ) | CHAPTER 13 |
| Robert Gene Humphrey | ) | |
| Debtor | ) | |
| | ) | |
| | ) | JUDGE Alan C. Stout |
| | ) | |
| | )**(3928 Southern Parkway, Louisville, KY 40214 )** | |
| | )**(4218 Taylor Blvd, Louisville, KY 40215)** | |

**MOTION FOR RELIEF FROM STAY**

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, by counsel, a creditor in the above-referenced case, moves the court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay in order that Creditor may enforce its lien against property of the debtor as hereinafter described.

The debtor filed a petition for relief under chapter 13 of the Bankruptcy Code in this court on May 29, 2014. The trustee of the estate of the debtor in this case is William W. Lawrence.

As of the date of the filing of the petition the debtor was indebted to the Creditor in the amount of $122,887.49, representing the balance due on a note and security agreement dated September 18, 2006. Debtor was to make periodic payments to Creditor since the commencement of this bankruptcy case, which unpaid payments are in the aggregate amount of $8,347.39. The loan is due for May 2015 through November 2015, minus $234.19 in suspense.

The indebtedness evidenced by the note and security agreement is secured by a security interest in the following collateral: 3928 Southern Parkway, Louisville, KY 40214 and 4218 Taylor Blvd, Louisville, KY 40215. The estimated value of the foregoing real estate located at 4218 Taylor Blvd, Louisville, KY is $117,860.00; The estimated value of the foregoing real estate located at 3928 Southern Pkwy, Louisville, KY 40214 is $101,410.00, attached hereto as Exhibit B.

The security interest was perfected by the filing of a Mortgage on September 21, 2006, in the office of the Jefferson County Clerk.

A copy of the proof of claim filed in this case by Creditor, along with copies of the note, security agreement, financing statement and supporting documents establishing the Creditor's perfected security interest in the above-described collateral, is attached hereto as Exhibit A.

Creditor seeks relief from stay on the following grounds: the interest of the Creditor is not adequately protected; or the debtor has no equity in the property and the property is not necessary to an effective reorganization.

Respectfully submitted,

 **/S/ Andrew A. Paisley**
Andrew A. Paisley
Clunk, Paisley and Associates PSC
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
(330) 436-0300/(330) 436-0301 fax
Email:  *bknotice@johndclunk.com*

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing motion was served on the debtor, counsel for the debtor, the trustee, and other parties in interest, by mailing a copy to them this 10th day of November, 2015.

| | |
|---|---|
| Robert Gene Humphrey<br>4214 Taylor Blvd #1<br>Louisville, KY 40215 | William W. Lawrence<br>310 Republic Plaza<br>200 S. Seventh Street<br>Louisville, KY 40202 |
| Jan C. Morris<br>Lowen & Morris<br>3rd Floor<br>125 S. 6th Street, Suite 300<br>Louisville, KY 40202 | Charles R. Merrill<br>Asst. U.S.Trustee<br>601 West Broadway #512<br>Louisville, KY 40202 |

 **/S/ Andrew A. Paisley**
Andrew A. Paisley
Clunk, Paisley and Associates PSC
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
(330) 436-0300/(330) 436-0301 fax
Email:  *bknotice@johndclunk.com*