**APPENDIX TO MOTION FOR RELIEF FROM STAY**
**CHAPTER 13 REAL PROPERTY**

Debtor: Robert Gene Humphrey

Case No: 14-32066

Date Petition was filed: May 29, 2014

| MONTH/YEAR PAYMENT DUE | DATE SENT/ RECEIVED | PAYMENT AMOUNT | CHECK OR MO # |
|---|---|---|---|
| 1. 6/1/2014 | 5/30/2014 | $1,287.23 | |
| 2. 7/1/2014 | 7/2/2014 | $1,287.23 | |
| 3. 8/1/2014 | 8/1/2014 | $1,287.23 | |
| 4. 9/1/2014 | 9/1/2014 | $1,325.48 | |
| 5. 10/1/2014 | 2/26/2015 | $1,225.94 | |
| 6. 11/1/2014 | 4/7/2015 | $1,225.94 | |
| 7. 12/1/2014 | 6/2/2015 | $1,225.94 | |
| 8. 1/1/2015 | 7/8/2015 | $1,225.94 | |
| 9. 2/1/2015 | 8/20/2015 | $1,225.94 | |
| 10. 3/1/2015 | 9/16/2015 | $1,225.94 | |
| 11. 4/1/2015 | 10/7/2015 | $1,225.94 | |
| 12. 5/1/2015 | | | |
| 13. 6/1/2015 | | | |
| 14. 7/1/2015 | | | |
| 15. 8/1/2015 | | | |
| 16. 9/1/2015 | | | |
| 17. 10/1/2015 | | | |
| 18. 11/1/2015 | | | |

( ) DEBTOR HAS ALL CHECKS/EXHIBITS WHICH ARE ATTACHED HERETO.

( ) DEBTOR IS GETTING CHECKS/EXHIBITS FROM:

( X ) CHECKS/EXHIBITS UNAVAILABLE BECAUSE: Creditor does not retain copies of checks or other payments. Copies should be available from debtor(s)' records.