UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In Re: | CASE NO. 14-32066 |
| Robert Gene Humphrey | CHAPTER 13 |
| Debtor | JUDGE ALAN C. STOUT |
| | **(4218 Taylor Blvd., Louisville, KY 40215)** |

**AGREED ORDER RESOLVING CREDITOR'S RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY [DOC. 61]**

This matter came to be considered on the Motion to Sell Real Property filed by Debtor on June 13, 2017 docket #61, and the Response to Motion to Sell Real Property of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust by and through its servicer Rushmore Loan Management Services, LLC ("Creditor") filed on June 30, 2017 docket #38. Creditor and Debtor have resolved their dispute regarding the Response to the Motion. Parties agree that Creditor is the first lien holder. Debtor may proceed with the sale of the property and agree to pay Creditor in full from the proceeds of sale. Creditor's Response to Motion to Sell is hereby withdrawn.

Pursuant to Local Rule 9022-1(c), LeAnn E. Covey shall cause a copy of this order to be serviced on each of the parties

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 16, 2017

designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

SUBMITTED AND APPROVED BY:

**/s/ LeAnn E. Covey**
LeAnn E. Covey (#097423) - Ext. 2263
4500 Courthouse Blvd., Suite 400
Stow, OH  44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@cphlpa.com



**/s/ Jan C. Morris**
Jan C. Morris
Lowen & Morris
3rd Floor
125 South 6th Street, #300
Louisville, Kentucky 40202
(502) 587-7000
(502) 587-1126 – fax
lmattys@bellsouth.net

**DISTRIBUTION LIST:**

Andrew A. Paisley
Clunk, Paisley, Hoose Co., LPA
4500 Courthouse Blvd, Ste 400
Stow, OH 44224

Floyd W. Race
2502 Sherman Newtown Rd.
Crittenden, KY 41030

Toni Race aka Toni Ennis
2502 Sherman Newtown Rd.
Crittenden, KY 41030

W Ron Adams
488 Erlanger Rd
Erlanger, KY 41018-2515

Beverly M. Burden
PO Box 2204
Lexington, KY 40588

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507