## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No.  14-32066 |
| Robert Gene Humphrey | Chapter 13 |
| Debtor. | Judge Alan C. Stout |

## AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS 4214 TAYLOR BLVD 1, LOUISVILLE, KY 40215 (Doc. No. 90)

This matter having come before the Court upon the Motion for Relief from Stay (Doc. No. 90), filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust ("Movant") in regard to personal property known as a 4214 TAYLOR BLVD 1, LOUISVILLE, KY 40215, and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the Months of December 2018 through February 2019, plus fees and costs associated with filing the Motion for Relief.  Delinquent payments, as of February 13, 2019 are, three (3) payments in the amount of $743.27 for December 1, 2018 through February 1, 2019, late fees in the amount of $185.80, minus a suspense balance of $37.16, plus $1,031.00 fees and cost.  The total post-petition arrearage amount as of February 13, 2019 is $3,409.45.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

   a. $185.00 on or before March 15, 2019
   b. $185.00 on or before April 15, 2019
   c. $185.00 on or before May 15, 2019
   d. $2,854.45 on or before June 15, 2019

4. These lump sum payments are in addition to the regular monthly payments in the amount of $743.27, which begin again March 1, 2019, and are due on the 1st of each month thereafter.

5. In the event that said Debtor should fail to make any of the stipulated payments described in paragraph 3 of this Agreed Order on or before their specified due dates, or should he fail to pay any future monthly payment so that said payment is not received by Movant by the contractual due date, then, or in either of those events, Movant shall give ten (10) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file with the Court a "Certificate of Non-Compliance" certifying that the Debtor is in default under the terms of the Agreed Order and that upon submission of such certification, without hearing, further notice or separate order, the Movant is granted Relief from Stay.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

Alan C. Stout
United States Bankruptcy Judge

Dated: February 20, 2019

___/s/ Molly Slutsky Simons___
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone:  513.444.4100
bankruptcy@sottileandbarile.com

Jan C. Morris
Lowen & Morris
4410 South Third Street
3rd Floor
125 S. 6th Street
Suite 300
Louisville, KY 40202
Phone: 587-7000
Fax: 587-1126
lmattys@bellsouth.net
Debtor's Attorney

Copies to:

Jan C. Morris
Lowen & Morris
4410 South Third Street
3rd Floor
125 S. 6th Street
Suite 300
Louisville, KY 40202
lmattys@bellsouth.net

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Robert Gene Humphrey
4214 Taylor Blvd #1
Louisville, KY 40215